**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1828

DONALD J. STRABLE,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF JUSTICE,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., District Judge.  (CA-97-1141-6-13AK)

Submitted:  August 14, 1997      Decided:  August 21, 1997

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald J. Strable, Appellant Pro Se.  Ronald Keith Wray II, GIBBES, GALLIVAN, WHITE & BOYD, P.A., Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Strable v. South Carolina Dep't of Justice</u>, No. CA-97-1141-6-13AK (D.S.C. June 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>